# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Robart, James L. | 2. Court or Organization<br><br>U.S. Dist Court, W.D. of WA | 3. Date of Report<br><br>05/12/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Dist. Judge (active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>700 Stewart Street, 14th Floor<br>Seattle, WA 98101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Chair of Board of Trustees | Whitman College |
| 2. Trustee | Hugh S. Cannon Foundation |
| 3. | |
| 4. | |
| 5. | |

DISCLOSURE FINANCIAL OFFICE 2009 MAY 18 P 3: 02 RECEIVED

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L. | 05/12/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Thomson - West Legal Works | February 26-27, 2008 | Atlanta, GA | Spoke at Patent Seminar | Cabs, airfare, parking, hotel, meals |
| 2. | Thomson-West Legal Works | March 5-6, 2008 | Palo Alto, CA | Spoke at Patent Seminar | Cabs, airfare, parking, hotel, meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L. | 05/12/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Bank of America | Credit Card | J |
| 2. Bank of America | Credit Card | J |
| 3. Whitman College | Multi-year pledge | M |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L. | 05/12/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Key Bank | A | Interest | K | T | | | | | |
| 2.  Key Bank | A | Interest | J | T | | | | | |
| 3.  Oak Harbor, WA Island Cnty Rental Property (2008 - $813,990) | D | Rent | O | S | | | | | |
| 4.  Seattle, WA King Cnty Rental Property (2008 - $284,000) | D | Rent | N | S | | | | | |
| 5.  ISROB Associates | | None | J | U | | | | | |
| 6.  Bank of Washington Common Stock | A | Dividend | L | T | | | | | |
| 7.  BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 8.  -- Starbucks Common Stock | | None | M | T | | | | | |
| 9.  -- Schwab Money Fund | F | Interest | M | T | | | | | |
| 10.  -- Silver Standard Common Stock | | None | J | T | | | | | |
| 11.  -- SPDR Units | C | Dividend | L | T | | | | | |
| 12.  -- Energy Connect Group | | None | J | T | | | | | Note 1 |
| 13.  -- MSCI Em. Mkts I-Shares | E | Dividend | O | T | Buy | 1/3 | K | | |
| 14.  -- MSCI EAFE Index Fund | E | Dividend | M | T | Sold (part) | 1/3 | K | | |
| 15.  -- S&P 600 I-Shares | D | Dividend | N | T | | | | | |
| 16.  -- Vanguard REIT Fund | D | Dividend | N | T | | | | | |
| 17.  -- S&P 500 IShares | D | Dividend | N | T | Buy | 1/3 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L. | 05/12/2009 |

## VII. INVESTMENTS and TRUSTS — _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -- Boston Priv. Fin. Hldg. | B | Dividend | K | T | | | | | |
| 19.  Chevron Common Stock | C | Dividend | M | T | | | | | |
| 20.  Vanguard GNMA Mutual Fund | D | Dividend | M | T | Donated (part) | | | | |
| 21.  BROKERAGE IRA #1 | | | | | | | | | |
| 22.  -- Starbucks Common Stock | | | M | T | | | | | |
| 23.  -- Gov't FHLBB Notes | D | Interest | L | T | Redeemed (part) | 1/7 | L | | |
| 24. | | | | | Redeemed (part) | 4/24 | K | | |
| 25. | | | | | Redeemed (part) | 12/1 | L | | |
| 26.  -- Resolution Trust Strips | | | M | T | Redeemed (part) | 7/15 | J | C | |
| 27.  -- Providian Bank CD | B | Interest | | | Matured | 4/2 | K | | |
| 28.  -- Doral Bank CD | B | Interest | L | T | | | | | |
| 29.  -- Flagstar Bank CD | C | Interest | L | T | | | | | |
| 30.  -- Morton Bank CD | C | Interest | L | T | | | | | |
| 31.  -- Fed Nat Mortg. Notes | E | Interest | N | T | Buy (add'l) | 1/2 | L | | |
| 32. | | | | | Redeemed (part) | 2/4 | L | | |
| 33.  -- Citibank Bank Deposit Program | C | Interest | N | T | | | | | |
| 34.  -- MB Financial CD | C | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L. | 05/12/2009 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -- Lehman Bros Bank CD | A | Interest | K | T | | | | | |
| 36. -- BMW Bank CD | C | Interest | L | T | | | | | |
| 37. -- Metro Bank CD | C | Interest | L | T | | | | | |
| 38. -- First Sign. Bank CD | B | Interest | | | Matured | 11/26 | K | | |
| 39. -- Sweden Zero Bonds | | | | | Matured | 4/1 | J | B | |
| 40. -- International Lease Bonds | B | Interest | | | Redeemed | 2/15 | K | | |
| 41. -- Dow Chem. Bonds | A | Interest | | | Redeemed | 3/17 | J | | |
| 42. -- GMAC Bonds | B | Interest | | | Redeemed | 3/17 | K | | |
| 43. -- Merrill Lynch Notes | B | Interest | | | Matured | 4/7 | L | | |
| 44. -- MSCI EAFE Index I-Shares | D | Dividend | N | T | | | | | |
| 45. -- Citicorp Term Notes | B | Interest | | | Matured | 11/17 | K | | |
| 46. -- S&P 600 IShares | D | Dividend | N | T | | | | | |
| 47. -- TIPS IShares | E | Interest | N | T | | | | | |
| 48. -- SW Bank of St. Louis CD | B | Interest | L | T | Buy | 1/16 | L | | |
| 49. -- Costco Corp. Notes | B | Interest | L | T | Buy | 1/15 | L | | |
| 50. -- Nat. City Bank CD | B | Interest | L | T | Buy | 3/31 | L | | |
| 51. -- First Bank of Puerto Rico CD | B | Interest | L | T | Buy | 4/8 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L. | 05/12/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 7/7 | K | | |
| 53.   – GE Capit. Notes | B | Interest | L | T | Buy | 5/23 | L | | |
| 54.   – Banco Pop. Corp. N.A. CD | A | Interest | L | T | Buy | 7/7 | L | | |
| 55.   – GE Money Bank CD | | | L | T | Buy | 10/2 | L | | |
| 56.   BROKERAGE IRA #2 | | | | | | | | | |
| 57.   – U.S. Treasury Strips | | None | K | T | | | | | |
| 58.   -- S&P 500 I-Shares | A | Dividend | L | T | | | | | |
| 59. | | | | | Buy (add'l) | 1/3 | J | | |
| 60.   -- Schwab Money Fund | A | Interest | J | T | | | | | |
| 61.   BROKERAGE IRA #3 | | | | | | | | | |
| 62.   – U.S. Treasury Strips | | None | K | T | | | | | |
| 63.   – Am. Century Ultra Mut. Fund | A | Dividend | J | T | | | | | |
| 64.   -- Janus Balanced Mut. Fund | A | Dividend | J | T | | | | | |
| 65.   – T.R. Price New Asia Mut. Fund | A | Dividend | J | T | | | | | |
| 66.   -- Schwab Money Fund | A | Interest | J | T | | | | | |
| 67.   -- MSCI EAFE Index Fund | A | Dividend | J | T | Buy | 2/4 | J | | |
| 68.   BROKERAGE IRA #4 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L. | 05/12/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  -- S&P 500 I Shares | B | Dividend | L | T | | | | | |
| 70.  -- Russell 2000 I Shares | A | Dividend | | | Sold | 1/9 | L | E | |
| 71.  -- Citibank Bank Deposit Program | A | Interest | J | T | | | | | |
| 72.  -- MSCI Em. Mkts I Shares | B | Dividend | K | T | | | | | |
| 73. | | | | | Buy (add'l) | 1/9 | L | | |
| 74.  -- S&P 600 I Shares | A | Dividend | K | T | Buy | 1/9 | L | | |
| 75.  BROKERAGE ACCOUNT #2 | | | | | | | | | |
| 76.  -- Maricopa, AZ Dev. Auth. Bond | A | Interest | | | Redeemed | 1/2 | J | | |
| 77.  -- Phoenix, AZ G.O. Bond | B | Interest | | | Redeemed | 7/1 | K | | |
| 78.  -- U of IL Notes | B | Interest | K | T | | | | | |
| 79.  -- WA St. Health Bonds | B | Interest | K | T | | | | | |
| 80.  -- Gilbert AZ G.O. Bonds | A | Interest | J | T | | | | | |
| 81.  -- Maricopa AZ SD Bonds | A | Interest | J | T | | | | | |
| 82.  -- Tamarack Funds | A | Interest | K | T | | | | | |
| 83.  HUGH CANNON FOUNDATION | | | | | | | | | |
| 84.  -- Boeing Common Stock | B | Dividend | K | T | Sold (part) | 4/28 | M | F | |
| 85. | | | | | Sold (part) | 12/10 | J | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L. | 05/12/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -- Exxon Mobil Common Stock | C | Dividend | L | T | Sold (part) | 1/28 | M | F | |
| 87. | | | | | Sold (part) | 4/28 | N | F | |
| 88. | | | | | Sold (part) | 12/10 | K | B | |
| 89. -- Fannie Mae Common Stock | B | Dividend | | | Buy (add'l) | 4/28 | K | | |
| 90. | | | | | Sold | 6/9 | L | E | |
| 91. -- Fed Home Loan Common Stock | B | Dividend | | | Sold | 8/18 | K | | |
| 92. -- Ford Common Stock | | | | | Sold (part) | 1/28 | K | | |
| 93. | | | | | Buy | 4/29 | L | | |
| 94. | | | | | Sold | 10/24 | K | | |
| 95. -- G.E. Common Stock | D | Dividend | K | T | Sold (part) | 1/29 | L | E | |
| 96. | | | | | Sold (part) | 4/28 | M | E | |
| 97. | | | | | Sold (part) | 12/10 | J | A | |
| 98. -- IBM Common Stock | B | Dividend | L | T | Sold (part) | 1/28 | M | E | |
| 99. | | | | | Sold (part) | 4/23 | M | E | |
| 100. | | | | | Sold (part) | 12/10 | J | | |
| 101. -- Merck Common Stock | C | Dividend | L | T | Sold (part) | 1/28 | K | C | |
| 102. | | | | | Sold (part) | 4/23 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L. | 05/12/2009 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 12/10 | J | | |
| 104. — Pfizer Common Stock | | | | | Sold | 1/28 | M | | |
| 105. — Safeco Common Stock | C | Dividend | | | Sold (part) | 1/28 | M | E | |
| 106. | | | | | Sold | 6/5 | L | D | |
| 107. — Verizon Common Stock | D | Dividend | L | T | Sold (part) | 4/23 | K | | |
| 108. — WA Mutual Bank Common Stock | C | Dividend | | | Sold (part) | 1/28 | M | | |
| 109. | | | | | Sold (part) | 2/1 | M | | |
| 110. | | | | | Sold (part) | 4/23 | L | | |
| 111. | | | | | Sold | 10/28 | J | | |
| 112. — 3M Common Stock | C | Dividend | L | T | Sold (part) | 1/28 | M | D | |
| 113. | | | | | Sold (part) | 4/23 | L | | |
| 114. — Tamarack Money Fund | A | Dividend | M | T | | | | | |
| 115. — Medco Common Stock | | | | | Sold | 1/28 | K | E | |
| 116. — BP ADR | D | Dividend | L | T | Sold (part) | 4/23 | M | E | |
| 117. | | | | | Sold (part) | 12/10 | J | B | |
| 118. — PacCar Inc. | B | Dividend | L | T | Buy | 4/28 | K | | |
| 119. | | | | | Sold (part) | 12/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L. | 05/12/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -- US Basic Mat. I Shares | A | Dividend | | | Buy | 6/5 | L | | |
| 121. | | | | | Sold | 8/11 | L | | |
| 122. -- Financial SPDR | | | | | Buy | 9/26 | L | | |
| 123. | | | | | Sold | 11/18 | K | | |
| 124. -- Bancroft Fund | A | Dividend | K | T | Buy | 11/18 | K | | |
| 125. -- Eagle Mid Cap Fund | | | M | T | Buy | 4/29 | M | | |
| 126. -- Fidelity Lev. Co. Fund | A | Dividend | L | T | Buy | 4/29 | M | | |
| 127. -- Keeley Sm. Cap. Fund | | | M | T | Buy | 4/29 | M | | |
| 128. -- Russell Emerg. Mkts FD | | | L | T | Buy | 2/4 | M | | |
| 129. -- Thornberg Int'l Value FD | B | Dividend | M | T | Buy | 4/29 | M | | |
| 130. -- Thornberg Int'l Growth FD | | | L | T | Buy | 4/29 | M | | |
| 131. -- Eaton Vance Income FD | F | Interest | O | T | Buy | 2/4 | O | | |
| 132. BROKERAGE IRA #5 | | | | | | | | | |
| 133. -- Vanguard REIT Fund | D | Dividend | M | T | | | | | |
| 134. -- Schwab Money Market Fund | C | Interest | K | T | | | | | |
| 135. -- TIPS I-Shares | D | Interest | N | T | | | | | |
| 136. -- S&P 600 I-Shares | D | Dividend | O | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robart, James L. | 05/12/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. Microfield changed name to Energy Connect Group

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signatur

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIF̶ ̶̶CT TO CIVIL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544